**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 95-60162**
**Summary Calendar**

_____

**LUTHER WILLIAMS,**

**Plaintiff-Appellant,**

**VERSUS**

**ABBEY MEDICAL, INC., doing business**
**as Abbey Home Health Care,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
For the Southern District of Mississippi

(3:93-CV-544WS)
_____
February 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Luther Williams (Williams) sued his employer, Abbey Medical, Inc., d/b/a Abbey Home Health Care (Abbey Medical), under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), et seq., alleging discrimination in employment practices on the basis of race and religion. The case was tried for four days to a jury and upon conclusion of the testimony, the jury returned a verdict for

_____

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the defendant, Abbey Medical.  Judgment on the jury verdict was entered in favor of Abbey Medical and Williams appeals.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself, and have concluded that there is no reversible error in the record and that the judgment for Abbey Medical should be AFFIRMED.